DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DOUGLAS A. HARRISON,**
Appellant,

v.

**KIMARIE ROSE STRATOS,**
Appellee.

No. 4D2025-1643

[January 15, 2026]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; N. Hunter Davis, Judge; L.T. Case No. CACE19-005895.

Michael R. Piper and Christopher J. Stearns, Jr. of Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A., Fort Lauderdale, for appellant.

Chelsea A. Lewis of Lewis Law PLLC, Plantation, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***